# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOBELBIZ, INC.**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**SAFESOFT SOLUTIONS INC.,**<br><br>    **Defendant.** | **Case No.: 13-CV-2423 YGR**<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the hearing on Defendant SafeSoft Solutions Inc.'s Motion to Dismiss NobelBiz's Allegations of Willful Infringement and Indirect Infringement of the Patent-in-Suit is **CONTINUED** from October 1, 2013 to **Tuesday, November 12, 2013** at **2:00 p.m.** in Courtroom 5 of the Federal Courthouse located at 1301 Clay Street, Oakland, California.

Based on Defendant's representations at the September 23, 2013 case management conference, the Court understands that Defendant intends to file a motion to transfer venue within the next two weeks. Defendant shall notice that motion for the Court's 2:00 p.m. calendar on November 12, 2013, to be heard concurrently with its Motion to Dismiss.

**IT IS SO ORDERED**.

Date: September 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**