**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NOBELBIZ, INC.**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**SAFESOFT SOLUTIONS INC.,**<br><br>    **Defendant.** | **Case No.: 13-CV-2423 YGR**<br><br>**ORDER DISMISSING CASE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has received Plaintiff NobelBiz, Inc.'s notice of voluntary dismissal in this case. Accordingly, all hearing and other dates are **VACATED** and this case is **DISMISSED WITHOUT PREJUDICE**.

This Order terminates Case No. 13-cv-2423.

**IT IS SO ORDERED**.

Date: November 8, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**